**No. 10-6268. Chad Talada, Petitioner v. United States.**

562 U.S. 1111, 131 S. Ct. 821, 178 L. Ed. 2d 561, 2010 U.S. LEXIS 9733.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 380 Fed. Appx. 255.